UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional, Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>ADVANCED ARCHITECTURAL METALS, INC., and its alter egos ADVANCED METALS, INC., and STEEL SPECIALTIES UNLIMITED, INC., a Single Employer,<br><br>Respondents. | 2:07-CV-00781-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Petitioner's fully briefed Motion for Order Requiring Payment of Monies Pursuant to Contempt Orders (Doc. #68), filed on November 26, 2008. On January 22, 2009, the Court conducted a hearing regarding Petitioner's motion. At the conclusion of said hearing, the Court ordered the motion taken under advisement pending sentencing of Respondent Lori Irish in a

///

related criminal proceeding, United States of America vs. Lori Irish, 2:08-CR-117-RLH-PAL.

On March 13, 2009, Petitioner filed a Notice of Criminal Sentencing of Respondent Lori Irish (Doc. #83) advising that Respondent Lori Irish had, on March 5, 2009, received a sentence of 60 months in the custody of the Attorney General of the United States.  There being no good cause to further delay entry of an order concerning Petitioner's Motion for Order Requiring Payment of Monies Pursuant to Contempt Orders (Doc. #68), and good cause appearing,

**IT IS ORDERED that** Petitioner's Motion for Order Requiring Payment of Monies Pursuant to Contempt Orders (Doc. #68) is GRANTED.

**IT IS FURTHER ORDERED that** Petitioner shall, within 10 days of the date of this Order, submit to the Court for it's consideration an appropriate form of order for the relief granted pursuant to Petitioner's motion.

DATED:  March 24, 2009.

_____
PHILIP M. PRO
United States District Judge