**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional, Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>ADVANCED ARCHITECTURAL METALS, INC., and its alter egos ADVANCED METALS, INC., and STEEL SPECIALTIES UNLIMITED, INC., a Single Employer,<br><br>Respondents. | 2:07-CV-00781-PMP-LRL<br><br>**ORDER** |

On March 31, 2009, the Court entered an Order (Doc. #87) requiring back pay and fringe benefit contributions. One year later, on March 30, 2010, the Court entered an Order (Doc. #93) granting Petitioner's Motion to Close Proceedings (Doc. #92).

On April 12, 2010, interested party Lori Irish filed a Motion for an Extension of Time to Oppose Closing of Proceedings (Doc. #95) and Motion to Receive Complete File by interested party Lori Irish (Doc. #96). Although the Court recognizes that interested party Lori Irish has been imprisoned as a result of a separate criminal proceeding which arose from incidents occurring between

interested party Lori Irish and counsel involved in the instant civil action, the Court finds no good cause to grant either of the Motions filed on behalf of interested party Lori Irish.

**IT IS THEREFORE ORDERED that** interested Party Lori Irish's Motion for an Extension of Time to Oppose Closing of Proceedings (Doc. #95) and Motion to Receive Complete File by interested Party Lori Irish (Doc. #96) are **DENIED**.

DATED: May 5, 2010.

_____
PHILIP M. PRO
United States District Judge