# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional, Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>ADVANCED ARCHITECTURAL METALS, INC., and its alter egos ADVANCED METALS, INC., and STEEL SPECIALTIES UNLIMITED, INC., a Single Employer,<br><br>Respondents. | 2:07-CV-00781-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED that** Interested Party Lori Irish's Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Doc. #100), filed on May 20, 2010, is **GRANTED**.

**IT IS FURTHER ORDERED that** Interested Party Lori Irish's Motion for District Judge to Reconsider Order (Doc. #102) filed May 20, 2010, is **DENIED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith mail to Interested Party Lori Irish copies of the following Order's of this Court: (Doc. #84, #87, #93, #97).

///

**IT IS FURTHER ORDERED that** the Clerk shall cause said letters to be delivered via certified mail to Interested Party Lori Irish, at P.O. Box 1731, Waseca, Minnesota 56093.

DATED: June 1, 2010.

_____
PHILIP M. PRO
United States District Judge